UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 20-061 |
| Plaintiff, | ) ED/WA NO. 20-CR-18 |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| SAVIER ARGENIS ROJAS-DURAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Offense charged:   Possession with Intent to Distribute Methamphetamine

Date of Detention Hearing:   March 13, 2020.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is charged by Indictment in the Eastern District of Washington with the above-listed crime. An identity hearing has been held, and an Order of Transfer signed.

DETENTION ORDER
PAGE -1

Defendant was born in the Dominican Republic. His status in this country is unknown. He was not interviewed by Pretrial Service, so much of his background information is unknown or unverified. Defendant does not object to an entry of an order of detention in this District, but may wish to request a detention hearing in the charging district.

2. Defendant poses a risk of nonappearance based on unknown or unverified background information, including verification of legal status. Defendant poses a risk of danger based on the nature of the offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

///
///
///
///

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 13th day of March, 2020.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3